IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 08-cv-00949-ZLW-CBS

HENRIETTA BLACK,

        Plaintiff,

v.

THE BOARD OF EDUCATION OF HARRISON SCHOOL DISTRICT NO. 2, and
F. MIKE MILES, in his individual capacity, and
TED KNIGHT, in his individual capacity, and
WENDY GODWIN, in her individual capacity,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice, the Court having reviewed the Motion and being full advised in the premises,

ORDERS that the Motion is granted dismissing this matter with prejudice, each party to pay its own fees and costs.

DATED this 4th day of February, 2009.

        BY THE COURT:

        *[signature]*

        United States District Court Judge